Barry I. Levy, Esq.
Michael A. Sirignano, Esq.
Alexandra Wolff, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------- X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

               Plaintiffs,

   -against-

JOHN STROBECK, M.D., INTEGRATED DIAGNOSTIC IMAGING & CARDIOLOGY OF STATEN ISLAND, P.C., HEART LUNG ASSOCIATES MEDICAL, P.C., JS MARBLE, P.C., and JOHN DOE DEFENDANTS "1" through "10,"

               Defendants.
------------------------------------------- X

Docket No.:_____ (     )

**Rule 7.1 Disclosure Statement**

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company hereby certifies as follows: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (non-governmental corporate parties) are

wholly owned subsidiaries of GEICO Corporation which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

Dated: December 8, 2022
　　　　Uniondale, New York

                                              RIVKIN RADLER LLP

By: */s/ Barry I. Levy*
　　　Barry I. Levy, Esq.
　　　Michael A. Sirignano, Esq.
　　　Jennifer Abreu, Esq.
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co, GEICO General Insurance Company and GEICO Casualty Co.*